BECKHAM COUNTY
FILED

APR 0 6 2022

# THE DISTRICT COURT IN BECKHAM COUNTY, OKLAHOMA COURTHOUSE
## SAYRE, OKLAHOMA

DONNA HOWELL, COURT CLERK
BY_____DEPUTY

| | | | |
|---|---|---|---|
| Roman V.- Serpik, de jure | **Plaintiff,** | ) | **CIVIL COMPLAINT** Case No: CV-22-31 |
| | | | 42 U.S. Code 1983 civil action for . |
| | | ) | **deprivation of right; 23 O.S. 1981 sec: 3 &** |
| | | v.) | **18 US Code § 241 - Conspiracy against . .** |
| | | | **rights** |
| Angela C. Marsee, (also known as District Attorney), | | ) | |
| Leasa Hartman(also known as Beckham County Clerk) | | ) | **JURY TRIAL DEMANDED** |
| In their private individual capacity | **Defendant(s)** | ) | |

---

I.      The Parties to This Petition Affidavit

A.      The petitioner: Name in pro per: Roman: Vladimirovich – Serpik, Address:  post office boxes 241 Carter Oklahoma (73627) Domiciled in Beckham County Oklahoma(republic) P: 1.770.557.6164 F: 1.877.633.5377

Pro Se Litigants pleadings are to be considered without regard to technicality; pro se litigants' pleadings are not to be held to the same high standards of perfection as lawyers. Haines v. Kerner 404 US. 519 (1972)

B.      The Defendants(s)

**Defendant #1**: ANGELA C. MARSEE(in her individual, private capacity) known as District Attorney BECKHAM COUNTY COURTHOUSE Oklahoma located at PO Box 507 Sayre Oklahoma 73662 **P:** 1.580.928.5555 **F:** 1.580.928.3021 in her Individual Capacity;

**Defendant #2**: LEASA HARTMAN(in her individual, private capacity) known as Beckham County Clerk

Physical Address: 104 S. 3rd, Rm 102 Sayre, OK 73662 Mailing Address: P.O. Box 428 Sayre, OK 73662

**P:** 1.580.928.3383 Ext.2   **F:** 1.580.928.5220   **E:** bkcoclerk@gmail.com

II.                              **BASIS FOR JURISDICTION**

Under 42 U.S.C. § 1983, "deprivation of any rights, privileges, or immunities secured by the Constitution and [state & federal laws]." ;

A.      Suit being brought against state officials in their Individual Capacities (a § 1983 claim); Equal Footing Doctrine; White v. Trew, -N.C. -

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  It is my belief, that, we the people remain sovereign and sovereignty lies  in  the  people themselves, not in any government formed by the people(Chisholm v. Georgia), as citizens of the several states with unalienable rights guaranteed and protected by the [1776]Constitution(U.S. v.

Anthony) a Divine Personality through the creation of their Divine Trust before any other legal entity or claim is the law recognized by common law (Canonum De Ius Positivum Article 29-Canon 839-844; Article 85-Divine Trust - Canon 1167-1179). petitioner was deprived of his right to make lawful documents a public record.

III.                                    **STATEMENT OF THE CLAIM**

On April 06th 2022 at around I, also known as plaintiff and petitioner walked into Beckham County Clerk Office to record (3) three legal documents, Leasa Hartman looked it over and said it looked good to her to file she had to check with Angela C. Marsee also known as the District Attorney out of Beckham County. Angela Marsee advised Leasa Hartman not to file anything for the petitioner. I, walked upstairs to ask what grounds Angela Marsee had to deny petitioner due process of my documents into public record and the response from the staff was that Angela Marsee did not want to speak to petitioner;

IV.                                          **INJURIES**

Leasa Hatman and Angela C. Marsee deprived petitioner of due process ,liberty, and deprivation of rights under color of law, conspiring with each other to deprived petitioner all these unalienable rights. Defendants acted in negligent toward Plaintiffs rights, disregarded unalienable [God afforded and Constitutional guaranteed] rights which caused and contributed to mental anguish, emotional distress, anxiety, and hardship, defendants also caused a conspiracy to deny due process to petitioner without any evidence to why I, could not file into public record, documents;

V.                                            **RELIEF**

Prayer for Relief for the injuries of emotional distress, special compensatory, punitive damages, statutory damages, and court cost and fees in addition to the amount of $25,000 (which petitioner charged per 23 minutes of work) which the fee schedule has been served and through un-rebuttal muteness and silence to the affirmed INVOICE and BILL have already accepted. See Beckham County Oklahoma Public Record I-2020-004260 Book 2339 Pg. 630 12/01/2020  2:53pm Pg. 0630-0630. And also seek to have my 3 pages of unrebutted affidavits entered into public record at Beckham county district court;

VI.                                       **CERTIFICATION**

I, petitioner certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery;

A.        I, state under penalty of perjury under the laws of God(Jehovah), United States of America(republic) and the laws of Oklahoma(unincorporated) that the foregoing is true correct, so help me (yahshua)God (Public-Law 97-280).

NOTARY: *[notary seal: #14003602 EXP. 04/22/22 STATE OF OKLAHOMA PUBLIC]* *[signature]* 4-22-22

Date of signing: April 6th 2022_Signature of Petitioner: _____  4.06.22

Printed Name of Plaintiff:_____Roman: Vladimirovich - Serpik_____

Attached:        **PETITIONER RESERVES THE RIGHT TO AMNEND**

Two pages of CIVIL COMPLAINT AFFIDAVITs

Three pages of Documents that Beckham County Clerk refused to record.

Two pages total: 2 pages SUMMONS for each defendant attached unstapled 4 total [ 5 pages total in this packet STAPLED AS ONE ]

# DECLARATION OF STATUS – AFFIDAVIT OF TRUTH AND FACTS – CORRECTING THE RECORD of Driver License #A088127462  exp: 10/31/2029

## ROMAN VLADIMIROVICH SERPIK[Strawman]

**Dear**

**OKLAHOMA DEPARTMENT OF PUBLIC SAFETY**

**DRIVER LICENSE SERVICES**

**PO BOX 11415**

**OKLAHOMA CITY, OK 73136-0415**

[1] October 5th, 2021 the affiant was forced to apply for a 'Driver License' from the state of Oklahoma because if you do not have a "Driver License" or an ID in the State, affiant may be subject to unlawful detention, harassment, deprivation of rights, unlawful stops, arrest and even possibility of death by policy enforcer(s) of the state that are ill-trained in peoples real [unalienable]rights and have abandoned their Oaths of Office to the people [Yahshua]God and the 1776 Constitution;

[2] October 5th, 2021 signed V.C.[a] before my signature further evidence of Signature being forced, to apply;

[3] The affiant is serving an Agreement Notice to all entities affected that the affiant at all times stands firms within his un-alienable rights to use the public road(s)[in state and around the whole Republic Nation] as affiant sees fit to move from point A to B his private business in his [non-commercial, non-public] automobile or private conveyance of choosing without a Driver License, Insurance and or registration and ones right being first blessed by God to do Gods work and to follow and to Gods work on the land. Public Law 97-280;

[4] This Agreement stands with the Public Notice Agreement **DECLARATION OF STATUS/REQUIREMENTS TO PERFORM** unrebutted at Beckham County Oklahoma: **I-2020-004260 Book 2339 Pg. 0630  12/01/2020  2:53pm  Pg. 0630-0630**[copy of original included in this affidavit];

[5] If you disagree with any part of this please respond and provide an affidavit in response to all numbered, if not failure to deny is to admit. FRCP, Rule 8. General Rules of Pleadings.

[6] Serve all these documents to all affected and Attach all these documents to the Driver License as part of the record.

**I, state under penalty of perjury under the laws of God, United States of America and the laws of Oklahoma that the foregoing is true correct, so help me God(Public Law 97-280)**

**True Person, Roman Vladimirovich – Serpik** _(signature)_ 10/22/21

**NOTARY:**

**Date of signing: October 22nd, 2021**

_(notary seal: DAWANA SUE WARNKE, IN AND FOR, #15010242, STATE OF OKLAHOMA, NOTARY PUBLIC)_

_(signature)_ Dawana Sue Warnke
11-09-2023
150 102 42

Respond to: Fax: 1 877 633 5377 and or Address: post office Boxes 241 Carter Oklahoma

## CERTIFICATE OF SERVICE

**I, do hereby certify that a true and correct copy of the above DECLARATION OF STATUS – AFFIDAVIT OF TRUTH AND FACTS – CORRECTING THE RECORD of Driver License #A088127462 exp: 10/31/2029**

**ROMAN VLADIMIROVICH SERPIK[Strawman] was sent USPS first class mail #7019 2280 0001 6910 7843 on this 22nd October 2021, first class mail to OKLAHOMA DEPARTMENT OF PUBLIC SAFETY DRIVER LICENSE SERVICES POST OFFICE BOX 11415 OKLAHOMA CITY, OK 73136-0415**

[a]V.C. What does it mean: "Vi Coactus" Latin for "Under Duress";

Under Duress. Black Law Dictionary 6th Edition Meaning: 'Duress': "Any unlawful threat or coercion used by a person to induce another to act (or to refrain from acting) in a manner he or she otherwise would mot(or would…"

PERSON: (6th Edition B.L.D.): "In general use , a human being(i.e. natural person), through by statute term may include labor organizations, partnerships, associations, corporations, legal representatives, trustees, trustees in bankruptcy, or receivers. See e.g. National Labor Relations Act, Sec. 2(1), 29 U.S.C.A. Sec. 152; Uniform Partnership Act, Sec 2…."

-2014 Oklahoma Statutes; Title 52. Oil and Gas §52-317.

"Person" defined. Universal Citation: 52 OK Stat § 52-317 (2014)

The term "person" as used in this act means any individual, business association or corporation, partnership, governmental or political subdivision, public corporation, body politic and corporate public authority, trust or any other legal entity. Added by Laws 1965, c. 191, § 9, eff. June 8, 1965.

https://law.justia.com/codes/oklahoma/2014/title-52/section-52-317/

*Us Supreme Court Case, Reno v. Condon, 528 U.S. 141 (2000) OCTOBER TERM, 1999

RENO, ATTORNEY GENERAL, ET AL. v. CONDON, ATTORNEY GENERAL OF SOUTH CAROLINA, ET AL. https://supreme.justia.com/cases/federal/us/528/141/

CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT No. 98-1464. Argued November 10, 1999-Decided January 12,2000

"State departments of motor vehicles (DMVs) require drivers and automobile owners to provide personal information, which may include a person's name, address, telephone number, vehicle description, Social Security number, medical information, and photograph, as a condition of obtaining a driver's license or registering an automobile…"

### 3 TOTAL PAGES ATTACHED

Fee:   $ 18.00     Doc:    $ 0.00
Leasa Hartman - Beckham County Clerk
State of Oklahoma

[SEAL - BECKHAM COUNTY CLERK]

**Republic of Oklahoma (1834)**
**DECLARATION OF STATUS/**          [ Court File Stamp:
**REQUIREMENTS TO PERFORM**

I, Roman Vladimirovich Serpik, a man, Hereafter "I", "me", or "my", on Oklahoma (1834) land, hereafter "me", or "my", one of the people, over the age of 21 years of age, competent to testify, having first hand knowledge , swear under penalty of perjury, the following is true as God is my witness. (Public Law 97-280)

1. For I am known as "Roman Vladimirovich Serpik", and deny I am "ROMAN V. SERPIK" or any deviation of that name and declare that that name is creation of an Agent for a Government and that name is fictitious, imaginary "franchise" of a Government (1).

2. For I claim all forms of Government are not real, cannot be a "real party in interest" and/but are fictitious, imaginary parties whose expressed purpose is to "secure those rights", and to "secure the blessing of liberty" and to act as a trust to hold public property for each man ("the people") as beneficiaries of the 1776 Constitution. Each man in Government service is an "Agent" of Government.

3. For I am not a signer of the United States Constitution (2), Oklahoma Constitution and have no contract with same but each man (Agent) who signs an oath of office is accepting the trusteeship as fiduciary and cannot harm the beneficiaries.

4. For I am a servant to my Creator (Jehovah), under God's Law as expressed in Mathew 7:12 (The Golden Rule), and Exodus 20: 1-17 (KJV) the Ten Commandments. "Thou shalt have no other Gods before me: Steal; bear false witness; or murder" and American Common Law (3), (4) , and I do not recognize any men's legislated acts and/or laws, with all respect to Matthew 22:21 Jesus said "Render to Caesar the things that are Caesar's; and to God the things that are God's.

5. For I claim all rights and waive no rights or remedies, and I was born (a free man) on the land (Urantia/Earth) as a non-military, peaceful non-combatant inhabitant, and I am not subject to the jurisdiction of any Federal-DeFacto-Corporate-Democracy-Military-Admiralty agreements or treatise with any party (5),(6), (7).

6. For I claim that the purpose of Government is to "secure these rights" and to "secure the blessings of liberty" and that "United States of America" (the Federal Government), "USA" -is a fictitious, imaginary party, and all powers granted by the people are delegated powers, and no power is delegated to enforce any civil or criminal acts outside of Washington D.C., or the territories, and acts by men hereafter, "Agent" outside of the authority delegated in the 1776 Constitution such as any taking of property without 'due process' is an act of treason and rebellion to the men whose oath of office continually binds them to his/her employers (USA) policy.

7. For I do not "operate" a "motor vehicle" in "Commerce" ("traffic", "trade", "business") and no evidence to the contrary exists without due process. Co-Ownership (with DMV) of any "Driver License" Is under duress at all times to prevent harassment, unlawfully ticketing and systematic beat down and theft of nations "public servants". And only "Drive" when consented or with due process have agreed to the act (8).

8. For I have a Fee Schedule of up to $25,000 (twenty five thousand) per 23 (twenty three) minutes of my time or $75,000 (seventy five thousand) per hour or $500 (five hundred) per hour in other pay, (lawful U.S. Art. 1, Sec 10 'money'), per incident, per hour, per injury, per party, for each and every violation of any rights reserved and God given or expressed rights and/or for any Agents.

9. For I do not consent to any matter regarding me to being adjudicated in any court other than that a "court of record" operating under Common Law, with jurisdiction established by alleging facts of a personal injury or loss (standing) with a jury of my peers determining the facts. For I require that the peers' jury shall not be subject to another man's will, a 14th amendment citizen of USA or residents of the STATE OF OKLAHOMA and must have comprehension and knowledge of the U.S. and Oklahoma (not OK) Constitutions.

10. **BOND RECORDED # 00101 (1 oz Silver 'Isle of Man Angel' Coin)**

All parties receiving this declaration shall rebut each and every point within (30) thirty calendar days after receipt thereof with factual evidence in the form of a sworn affidavit or it will be silent acquiescence to the facts and law stated, in this my Declaration of Status by said parties, I reserve the right to challenge my rebuttal.

My post                         Roman Vladimirovich Serpik, Sui Juris
Location is:                     non-resident/ non-domestic
And no other will be            [meets and bounds or long/lat.]
lawful evidence of service      c/o post office boxes 241, Carter Oklahoma (73627)

All Rights and Remedies claimed and retained(reserved). Tracking # of this Document:  USPS - 7015 0640 0006 4621 5960

Jurat   BY: [signature]          On this day Dec. 1st, 2020
Beckham County Sate of Oklahoma

NOTARY: [signature] Mindy Marie Martin          Finger Print:

(1) "United States" means (A) a Federal Corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States." 28 USC Sec. 3002 Definitions [emphasis added]

(2) Supreme Court of the United States Stated: "The rights of Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the adoption of the fourteenth amendment and are fully-guaranteed by other provisions."   U.S. v. Anthony

(3) Common Law v. Statute – Trentadue v. Gorton

(4) The 'law' intended by the constitution is the common law that had come down to us from our forefathers, as it existed and was understood and administered when that instrument was framed and adopted. State v. Doherty, 60 Maine 504, 509 (1872)

(5) The Bankruptcy of the United States Congressional Record, March 17, 1993 Vol. 33. PH-1303 James A. Traficant Jr.(Ohio) Addressing the House.

(6) "A 'Citizen of the United States' is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT(Public Charitable Trust), the constructive, cestui que trust of the US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc." -Congressional Record, June 13, 1967, pp. 15641-15646.

(7) "... [E]very taxpayer is a cestui que trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction..." -In re Bolens (1912), 135 N.W. 164.

(8) BARBOUR v. WALKER, OK. 253, 259 P. 552, 126 Okla. 227, Case Number: 17218 -Decided: 09/13/1927 -Supreme Court of Oklahoma

Recorder's memorandum
This page is not satisfactory
for photographic reproduction
due to carbon or photocopy,
discolored paper, etc.

[NOTARY SEAL: MINDY MARIE MARTIN # 18006601 EXP. 08/27/23]